

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton, and Jesse Rodriguez
Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On April 13, Appellee Excellence Mortgage filed Appellee's Unopposed First Motion for Extension of Time to File Motion for Rehearing. The motion is hereby GRANTED. Appellee's motion for rehearing is due to be filed no later than May 18, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court